# LAW OFFICES OF ADAM D. PERLMUTTER, P.C.
## ATTORNEYS AT LAW

**260 MADISON AVENUE, SUITE 1800**
**NEW YORK, NY 10016**
**TEL. (212) 679-1990**
**FAX. (212) 679-1995**

ADAM D. PERLMUTTER, ESQ.
–
JENNIFER LOUIS-JEUNE, ESQ.
DANIEL A. MCGUINNESS, ESQ.

OF COUNSEL
PAUL GREENFIELD, ESQ.

July 10, 2012

**VIA ECF**

The Honorable Roslynn R. Mauskopf
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> Re:   **United States of America v. Darvell Williams,** *et al.*
>        **Case No. 10-cr-00941 (RRM)**

Dear Judge Mauskopf:

I am counsel to defendant Darvell Williams in connection with the above matter and write to request an adjournment of defendant's sentencing from Thursday, July 12th, at 11:00 am, to Thursday, August 9th, or any date thereafter convenient to the Court. The government consents to this request.

I am requesting the adjournment because the defendant has an open warrant in a King County case that I would like to resolve prior to his sentencing. I have obtained the case file for that matter, *People of the State of New York v. Darvell Williams,* Docket No. 2010KN0065244, and need to speak with the 18-b Administrative Office because the defendant's prior counsel on that case has now retired. This process will involve contacting new counsel (or appearing myself on his behalf in state court) and working with the Kings County District Attorney's Office to have Mr. Williams brought by writ over to state custody to appear on the matter.

The Honorable Roslynn R. Mauskopf
July 10, 2012
Page 2 of 2

   In light of the foregoing, I am going to need additional time prior to defendant's sentencing and request that the Court grant defendant's request for an adjournment.

                      Respectfully submitted,

                      Adam D. Perlmutter

Cc: AUSA Carter H. Burwell (via ECF)
   Darvell Williams (via regular mail)